PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Timothy Edward Winkels**

**Docket No. 0:00CR00140-1(JMR)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Timothy Edward Winkels** who was sentenced on April 26, 2002, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- No new credit
- Pay $11,080.00 restitution
- Pay electronic monitoring costs of $545.75
- Maintain full-time, verifiable employment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall pay the balance of the original restitution ordered in the amount of $11,080.00.

Since February 2004, Mr. Winkels assured this probation officer that when he received his federal tax refund it would be applied to the restitution balance. On August 6, 2004, the Internal Revenue Service (IRS) advised this probation officer that a federal tax refund check in the amount of $2,860.00 was issued on March 15, 2004, and had not been returned. It was assumed the refund check had been cashed. A copy of the check was later provided by the IRS and the endorsing signature was very similar to Mr. Winkels' signature on other documents.

On October 28, 2004, after many months denying receipt of his federal tax refund, Mr. Winkels again denied that the endorsement on the $2,860.00 refund check was his or that he was even aware of the existence of the check. He later claimed that he may have "unknowingly" endorsed the refund check. Upon further inquiry, Mr. Winkels admitted he knowingly endorsed the check and used it for other expenses.

SCANNED
DEC 16 2004
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall serve 60 days electronic home detention.

ORDER OF THE COURT

Considered and ordered this 15th day of December, 2004, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

Respectfully,

Richard W. Hermes
U.S. Probation Officer

Place Minneapolis
Date December 1, 2004

c: United States Sentencing Commission