Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Timothy Edward Winkels

Docket No. 0:00CR000140-001 (JMR)

**HEARING WAIVER**

I, Timothy Edward Winkels, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall serve 60 days electronic home detention.

Signed: ____________________

Timothy Edward Winkels
Supervised Releasee

Dated: 11-23-04

Witness: ____________________

SCANNED
DEC 16 2004